Dismissed and Opinion filed December 31, 2002









Dismissed and Opinion filed
December 31, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01213-CV

____________

 

SONYA LEONOR CAPPEL, Appellant

 

V.

 

RICKY ALLEN CAPPEL, Appellee

 



 

On Appeal from the 306th District Court

Galveston County, Texas

Trial Court Cause No. 90FD1974

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from an order in
a suit to modify the parent-child relationship signed August 12, 2002.  On December 19, 2002, appellant filed a
motion to dismiss the appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is
granted.

Accordingly, the appeal is ordered
dismissed.  

 

PER CURIAM

 

Judgment
rendered and Opinion filed December 31, 2002.

Panel
consists of Chief Justice Brister and Justices
Anderson and Fowler.

Do Not
Publish C Tex. R. App. P.
47.3(b).